**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6754**

DAVID MYRON SUIRE,

        Plaintiff - Appellant,

     v.

DR. LINO QUILO; KEVIN JOHNSON, P.A.; RN MICHELLE AUTREY;
CONMED HEALTHCARE,

        Defendants – Appellees,

     and

WICOMICO COUNTY DETENTION CENTER; DIRECTOR DOUGLAS C.
DEVENYNS; CORRECTIONAL OFFICERS.

        Defendants.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. James K. Bredar, District Judge.
(1:13-cv-02320-JKB)

Submitted: August 27, 2015      Decided: September 1, 2015

Before GREGORY, AGEE, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

David Myron Suire, Appellant Pro Se. Thomas Althauser,
ECCLESTON & WOLF, PC, Hanover, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Myron Suire appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Suire v. Quilo</u>, No. 1:13-cv-02320-JKB (D. Md. April 13, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>